**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-08-01240-PHX-FJM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Anthony H. Mighty, | ) ) | |
| Defendant. | ) ) ) | |

The court has before it defendant's Motion for Writ of Habeas Corpus ad Prosequendum (doc. 46), and the government's Response (doc. 47). No reply is necessary. For the reasons stated by the government, it is ORDERED DENYING defendant's Motion for Writ of Habeas Corpus ad Prosequendum (doc. 46).

We note this is the second time defendant has sought the writ. See Order of February 1, 2011 (doc. 45). It is also the second time the court has denied the writ for the same reasons. The defendant is not in federal custody and thus has no right to be brought here. The government has the right to wait until his state custody term or terms are completed. It certainly makes sense not to pursue this matter until the state custodial term or terms have been satisfied.

DATED this 9th day of January, 2014.

*Frederick J. Martone*

Frederick J. Martone
Senior United States District Judge