**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 08-01240-1-PHX-FJM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Anthony Howard Mighty, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The court has before it defendant's "Writ of Habe[a]s Corpus Ad Prosequendum or Request for Final Disposition for Probation Violation" (Doc. 51), the Government's Response (Doc. 54), and the defendant's "Reply" (Doc. 55).

This is the third time defendant has sought to resolve his federal case. Our Order of January 10, 2014 (Doc. 48) addresses all but one issue raised by the defendant in his latest filing. The defendant argues that the federal detainer makes him ineligible for a lower classification in the Arizona system, thereby depriving him of the opportunity to take educational courses. Although the Government does not address this contention, it appears to us that resolving the federal case while defendant is in state custody would not change his state classification. The federal detainer would remain.

//////

//////

//////

We hope the state provides the defendant with needed vocational training while in custody. Meanwhile, we will not interfere with the state disposition. Once defendant is released from state custody, the federal process may begin.

DATED this 31st day of January, 2018.

*Frederick J. Martone*
Frederick J. Martone
Senior United States District Judge